UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

IN CLERKS OFFICE

CIVIL ACTION NUMBER

2014 AUG 20 PM 4:02

U.S. DISTRICT COURT
DISTRICT OF MASS.

RICARDO MIGUEL ZEFERINO BARBOSA,

Plaintiff

v.

COMMONWEALTH OF MASSACHUSETTS, et al

Defendants,

COMPLAINT

1. INTRODUCTION

THE ABOVE NAMED PLAINTIFF, RICARDO BARBOSA, HEREBY NOW FILES SUIT IN LAW AGAINST THE COMMONWEALTH OF MASSACHUSETTS AS TO THE EMPLOYER OF SAID INDIVIDUALS WHO NOT ONLY DERIVE THEIR LIVELI-HOODS FROM THE SYSTEM IN THIS STATE, BUT ALSO IN THEIR PERSONAL CAPACITY TO MAKE DECISIONS; THERE-BY ABUSING THEIR POWERS AND ABUSING THE PROCESS IN THEIR CAPACITY.

2. THE PLAINTIFF HAS BEEN A LIFELONG RESIDENT OF MASSACHUSETTS IN BOSTON, SINCE HE IMMIGRATED HERE FROM PORTUGAL, LISBON IN 1979 AT THE AGE OF 2.

3. THE PLAINTIFF GREW UP AROUND THE BOWDOIN ST. AREA OF DORCHESTER, WHEREBY HE RECEIVED AWARDS IN SPORTS, GRADUATED FROM

SAINT PETER'S ELEMENTARY SCHOOL IN 1991, AND RECEIVED A SCHOLARSHIP FROM GOVERNOR DUKAKIS FOR BEING ANTI-GANG, DRUGS AND VICES. THE PLAINTIFF THEN ENTERED INTO THE PREDOMINATELY WHITE HIGH SCHOOL OF CATHOLIC MEMORIAL, WHERE HE EXCELLED IN SPORTS AND TRACK. DUE TO RACIST/PREJUDICE BULLYING, THE PLAINTIFF FOOLISHLY BROUGHT A GUN TO SCHOOL ON JANUARY 22, 1992, WAS CHARGED, EXPELLED AND REMOVED FROM SUFFOLK COUNTY TO NORFOLK COUNTY. THIS SAME YEAR, THE PLAINTIFF'S BEST FRIEND WAS KILLED BY A BOSTON POLICE OFFICER, AND PLAINTIFF'S BIG BROTHER WAS CONVICTED UNDER A JOINT VENTURE THEORY, DESPITE HIS INNOCENCE.

2. FAST FORWARD TO 2014, PLAINTIFF IS PRESENTLY A PRE-TRIAL DETAINEE AT THE ESSEX COUNTY JAIL FOR PRETRIAL PUNITIVE DETENTENTION. DESPITE FACING A LIFE IMPRISONMENT OF MANDATORY LEGISLATIVE INVENTION, HE HAS A $25,000 CASH DOLLAR BAIL. HOW MUCH OF A TEASE IS THIS SCENARIO LOGICAL IS ONLY FOR DEFENDANT'S ANSWER, THEREBY MAKING IT INEVITABLE TO BRING SUIT FOR ABUSE OF PROCESS, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, AND OUTRIGHT POLICE MISCONDUCT OF THEFT, LIES, AND INADEQUATE DETECTIVE INVESTIGATION.